CHARLES P. EVANS, Appellant, *v.* ROBERT TRIMBLE, Individually and as Executor of ELIZABETH T. EVANS, Deceased, et al., Respondents.

*Evans* v. *Trimble*, 169 App. Div. 363, appeal dismissed.
(Submitted March 13, 1916; decided March 21, 1916.)

MOTION to dismiss an appeal from a judgment entered December 19, 1915, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint.

The motion was made upon the ground of failure to perfect the appeal by filing the required undertaking.

*Ransom H. Gillet* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.